UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHARLES BROOKS

    vs.                              Case No.   9:14-CV-0477   LEK/DJS

ELIZABETH FARNUM, ET AL.

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:           CHARLES BROOKS

2. ID #:                      C26223

3. Detained by:              CNY PC
                               9005 Old River Road
                               P.O. Box 300
                               Marcy, New York 13403

4. Detainee is:     (A)   (X)   Plaintiff in a Civil Action

                       (B)   (  )   A witness not otherwise available by the ordinary process of the Court

5. Participation of Charles Brooks (C26223) is hereby ORDERED on <u>Thursday April 20, 2017</u> at <u>10:00 a.m.</u> for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.

SO ORDERED,

Date:   April 4, 2017

                                                      Daniel J. Stewart
                                                      U.S. Magistrate Judge

cc:   Charles Brooks, via U.S. Postal Service
      CNY PC, via Email
      Justin Engel, AAG., via CM/ECF